```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WINDWARD BORA LLC,
                    Plaintiff,                           2:25-cv-01374-MKB-ARL

        -against-                                        NOTICE OF MOTION FOR
                                                         DEFAULT JUDGMENT
THOMAS STERLING, DOTHLYN STERLING,                       OF FORECLOSURE
SUNRUN, INC.,                                            AND SALE
                    Defendant(s).
---------------------------------------------------------------X
```

PLEASE TAKE NOTICE, that upon the annexed Declaration of Regularity of Alan H. Weinreb, Esq., dated June 18, 2025 and the accompanying Memorandum of Law, also dated June 18, 2025 as well as the Affirmation of Joseph DeRuscio, sworn to on June 16, 2025, and upon all prior pleadings, papers and proceedings had heretofore, Windward Bora LLC, Plaintiff herein, by and through its attorneys Margolin, Weinreb & Nierer, LLP, will move this court before The Honorable Judge Margo K. Brodie, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the instant application must be made in writing and received in the District Court Clerk's Office, United States District Court for the Eastern District of New York, and by the undersigned, Margolin, Weinreb & Nierer, LLP, 575 Underhill Blvd., Suite 224, Syosset, NY 11791, and all other parties requiring notice in accordance with the rules of this Court.

Dated: Syosset, New York
       June 18, 2025

MARGOLIN, WEINREB & NIERER, LLP

By: /s/ Alan H. Weinreb\_\_\_\_

    ALAN H. WEINREB, ESQ. (AW 9361)
    Attorneys for Plaintiff
    575 Underhill Blvd., Suite 224
    Syosset, NY 11791
    (516) 945-6055
    alan@nyfclaw.com